AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: CR01-51L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Eric Davis

I certify that I am admitted to practice in this court.

6/5/08
Date

[signature]
Signature

Mary S. McElroy 4830
Print Name Bar Number

10 Weybosset Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number