576654

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
JUN 04 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

ERIC DAVIS

WARRANT FOR ARREST

Case Number: 1:01-CR-051-01L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ERIC DAVIS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☑ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of Supervised Release

☑ in violation of Title 18 United States Code, Section(s) 3583(d)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| Barbara L. Barletta | Barbara Barletta |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 06/04/2008 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/5/08 | John Cinquegrana DUSM | [signature] |